IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGEL RODRIGUEZ
    Petitioner,

v.

JOHN C. THOMAS, *et al.*,
    Respondent.

: CIVIL ACTION
:
: NO. 07-1097

**FILED**
APR 01 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 31st day of March, 2008, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo and Petitioner's Objections to the Report and Recommendation, **IT IS HEREBY ORDERED and DECREED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. The petition for a writ of habeas corpus is **DENIED**.

3. There is no probable cause for the issuance of a certificate of appealability.

4. The Clerk of the Court shall mark the above-captioned case as **CLOSED**.

BY THE COURT:

_____
Honorable Petrese B. Tucker, U.S.D.J.